

# United States District Court

| | | |
|---|---|---|
| JOHN M. WATERS<br>CLERK OF COURT | CENTRAL DISTRICT OF ILLINOIS | TEL: 217-373-5830<br>FAX: 217-373-5834 |

OFFICE OF THE CLERK
218 U.S. COURTHOUSE
201 S. VINE STREET
URBANA, ILLINOIS 61802

October 24, 2007

Hilary W. Frooman
U. S. ATTORNEY
Suite 300
9 Executive Dr.
Fairview Heights, IL 62208

Patrick J. Cotter
ARNSTEIN & LEHR
Suite 1200
120 S Riverside Plaza
Chicago, IL 60606-3913

RE: USA V. JACK PRIBBLE
CASE NO. 95-20031

Dear Attorneys of Record:

　　The Clerk of the U. S. District Court has in its possession the following exhibits: Government's 1-8, 10, 12-14, 21-26, 33, 36-38, 38A, 41, Group 42, Group 44, 45-48, 50, 54-55, 60-63, 65-69, 71-72, 74-78, 80-83, 86, 90, 105-106 from the jury trial, and government's exhibit 1 from the Final Disposition. Defendant's exhibits 3-5, 7-10 from the jury trial, and defendant's exhibits 1-3 from the Final Disposition.

　　Please notify this office within ten (10) working days, **by 11/7/2007,** if you wish to have the above listed exhibit returned to you for your files. If we do not have a response from you within ten (10) working days, the exhibits and documents will be shredded by the Clerk.

　　　　　　　　　　Sincerely,

　　　　　　　　　　**s/John M. Waters**
　　　　　　　　　　JOHN M. WATERS, CLERK
　　　　　　　　　　U. S. DISTRICT COURT

JMW/vlb